

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00057-CR

JAMES HORRICE

APPELLANT

V.

THE STATE OF TEXAS

STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On January 25, 2013, as a part of a plea-bargain agreement, Appellant James Horrice pled guilty to aggravated assault with a deadly weapon, and the trial court sentenced him to eight years' confinement. Also on January 25, 2013, the trial court certified that this is a plea-bargain case and that Appellant has no right of appeal. On February 5, 2013, Appellant filed a pro se notice of appeal.

---

[1]See Tex. R. App. P. 47.4.

On February 11, 2013, we notified Appellant and his trial counsel that the certification indicating that Appellant has no right of appeal had been filed in this court and that this appeal could be dismissed unless any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before February 21, 2013.  *See* Tex. R. App. P. 25.2(d), 44.3.  On February 20, 2013, Appellant filed a pro se response.

After reviewing Appellant's response, we do not see any ground to continue this appeal.  Rule 25.2(a)(2) limits the right of appeal in a plea-bargain case to matters that were raised by written motion filed and ruled on before trial or to cases in which the appellant obtained the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2).  Here, Appellant does not challenge a pretrial ruling on a written motion filed and ruled on before trial, and the trial court's certification shows that the trial court denied permission to appeal.  Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 11, 2013